# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 21, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

133858

TIMOTHY TERRY, #327307

      Plaintiff-Appellant,

v

DEPARTMENT OF CORRECTIONS,

      Defendant-Appellee.

SC: 133858
CoA: 272976

_____

      On order of the Chief Justice, it appearing that appellant has failed to tender the entry fee prescribed by MCR 7.319 (B)(7) and has failed to provide documentation to permit the calculation of an appropriate partial fee, the Clerk is directed to close this file.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 21, 2007



jm

Clerk